## Case No. 16,347.

### UNITED STATES v. SMITHERS.

[2 Cranch, C. C. 38.] [1]

Circuit Court, District of Columbia.  Dec. Term, 1811.

#### PEREMPTORY CHALLENGE.

Indictment under the statute of Maryland of 1795, c. 75, for forging orders on Joseph Wheaton.  By the statute the punishment is not death.  He was not allowed a peremptory challenge, was found guilty, and punished by whipping, twenty-five stripes.  See the act of Maryland.